ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JAWID WAHIDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JAWID WAHIDI,<br><br>      Defendant. | Case No.: 09-CR-00393 JAM<br><br>STIPULATION FOR CONTINUANCE AND ORDER<br><br>DATE: March 27, 2012<br>TIME: 9:30 a.m.<br>Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the Defendant, JAWID WAHIDI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Philip A. Ferrari, that the Sentencing now set to be held on Tuesday, February 14, 2012 at 9:30 a.m. be continued to Tuesday, March 27, 2012 at 9:30 a.m.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

DATED: February 9, 2012

/s/ *Anthony P. Capozzi*

ANTHONY P. CAPOZZI
Attorney for, Jawid Wahidi

DATED: February 9, 2012

/s/ *Philip A. Ferrari*

PHILIP A. FERRARI
Assistant United States Attorney

**ORDER**

Good cause having been shown, the Sentencing scheduled to be held on Tuesday, February 14, 2012 is hereby vacated and continued to Tuesday, March 27, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: February 10, 2012

/s/ John A. Mendez_____
Honorable John A. Mendez,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com